**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR DISCOVERY IN AID OF FOREIGN PROCEEDINGS |

Misc. Action No.



## [PROPOSED] ORDER GRANTING JUDICIAL ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Upon consideration of the *ex parte* application for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "**Application**") submitted by Piraeus Bank S.A. ("**Applicant**"), and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (1994) weigh in favor of granting the Petition; and it is further

**ORDERED** that the Application is **GRANTED**, and it is further

**ORDERED** that Applicant is granted leave to serve this Order and the subpoenas attached to the Application as Exhibits A and B upon NASDAQ Stock Market LLC and OTC Markets Group, and is authorized to issue additional subpoenas for the production of documents as Applicant reasonably deems appropriate and as is consistent with the Federal Rules of Civil Procedure; and it is further

**ORDERED** that NASDAQ Stock Market LLC and OTC Markets Group comply with such subpoena(s) in accordance with and subject to their rights under the Federal Rules of Civil Procedure and the Rules of this Court.

**SO ORDERED.**

DATED: **OCT 0 1 2020**, 2020

_____
George B. Daniels
UNITED STATES DISTRICT JUDGE